JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA  94103
Telephone:  (415) 495-3950
Fax:            (415) 495-6900
E-mail: SFLawyers@earthlink.net

Counsel for Defendant:
MERCEDES LARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Mercedes Lara, et al.<br><br>          Defendants. | CASE NO. CR 11-00534 CW<br><br>STIPULATION AND [PROPOSED] ORDER   FOR RETURN OF PASSPORT |

IT IS HEREBY STIPULATED between the parties through counsel Andrew Huang for the United States of America and  Jeffry Glenn for defendant Mercedes Lara, that defendant Mercedes Lara's U.S. Passport be returned to

Stipulation and  Order for Release of Passport       1
United States v. Mercedes Lara, et al., CR 11-00534 CW

1  defense attorney Jeffry Glenn and/or his representative. The above-captioned
2  matter is now concluded.
3
4  Dated: November 27, 2012                             /s/
5                                                           JEFFRY GLENN
                                                    Attorney for Defendant Mercedes Lara
6
7  Dated: November 27, 2012                             /s/
8                                                           ANDREW HUANG
                                                         Assistant U.S. Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order for Release of Passport     2
United States v. Mercedes Lara, et al., CR 11-00534 CW

1
2
<u>ORDER</u>
3
4      Good cause having been shown and by Stipulation of the parties herein,
5      IT IS HEREBY ORDERED that the U.S. Passport for defendant Mercedes Lara
6  be returned to defense counsel Jeffry Glenn or his representative.
7      IT IS SO ORDERED.
8
9
10 Dated:  11/28/2012                                    _____
                                                           HON. JUDGE CLAUDIA WILKEN
11                                                           United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order for Release of Passport      3
United States v. Mercedes Lara, et al., CR 11-00534 CW